IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02288-PSF-MJW

JUNCTION MANAGEMENT SOLUTIONS, LLC
d/b/a/ JUNCTION SOLUTIONS, LLC, a Delaware corporation,

    Plaintiff,

v.

MBS DEV, INC., a Colorado corporation;
STEVE GUILLAUME and
LAURA GUILLAUME, Individually and as President of MBS DEV, Inc.,

    Defendants.

## ORDER

This matter is before the Court on the following motions: Defendant's Motion to Enforce Settlement Agreement (Dkt. # 23), filed March 31, 2006; Proposed Intervenor-Counterclaimants' Motion to Intervene (Dkt. # 24), filed March 31, 2006; Plaintiff's Motion to Stay Proceedings Pending Determination of Motion to Intervene (Dkt. # 31), filed April 21, 2006; Plaintiff's Motion to Dismiss (Dkt. # 32), filed April 21, 2006; and Plaintiff's Motion to Stay or Dismiss Proceedings Pending Determination of First-filed Illinois Action (Dkt. # 33), filed April 21, 2006.

Plaintiff Junction Management Solutions, LLC ("Junction") filed this case on November 3, 2004, seeking injunctive relief and damages for the following claims: misappropriation of trade secrets under the Illinois Trade Secrets Act, intentional interference with contractual relations and breach of fiduciary duty; breach of agreement against Defendant Steve Guillaume; and intentional interference with contractual

relations against Defendant MBS DEV, Inc. ("MBS") and Defendant Laura Guillaume. After a hearing, this Court denied Junction's motion for preliminary injunction by Order dated November 5, 2004.  On December 13, 2004, parties filed a Joint Motion to Dismiss with Prejudice (Dkt. # 21), which was granted on December 15, 2004 (Dkt. # 22).  The Court administratively closed the case while retaining jurisdiction for purposes of enforcing parties' settlement agreement.

Over a year later, MBS and Proposed Intervenor-Counterclaimants Jeffrey Ernest, Mitch Tucker and Kenneth Paul filed a motion to enforce the settlement agreement (Dkt. # 23).  They claim that plaintiff violated the settlement agreement by filing an action on March 14, 2006 against them in Cook County, Illinois based on the allegation that MBS, Ernest, Tucker and Paul violated employee agreements and confidentiality agreements which were addressed in the settlement agreement.

Ernest, Tucker and Paul seek to intervene (Dkt. # 24) pursuant to F.R.Civ.P. 24(b) on the basis that they have an interest in the subject matter of the litigation that may be impaired.  They are former employees of Junction and currently software developers employed by MBS, and although they were not named as parties to the case, they were included as parties to the settlement agreement.  Ernest, Tucker and Paul also joined with MBS in filing an Answer and Counterclaims (Dkt. # 25), denying Junction's allegations in its complaint filed November 3, 2004, and brining counterclaims for breach of settlement agreement and release, abuse of process and intentional interference with prospective business advantage.  They seek a declaratory judgment.

Junction filed an opposition to the motion to intervene on April 21, 2006 (Dkt. # 30). It also filed a motion to dismiss the counterclaims for failure to state a claim (Dkt. #

2

32) and two motions to stay the proceedings pending the determination on intervention and the determination of the Illinois action (Dkts. ## 31 and 33, respectively).  Plaintiff's brief in support of these motions (Dkt. # 34) notes that a Motion to Dismiss for Improper Venue is currently pending in the Illinois action.

After reviewing the motions before the Court, it is hereby ORDERED as follows: Any response to any pending motion must be filed no later than Monday, May 1, 2006 at 5:00 p.m., and a reply to any response must be filed no later than Friday, May 5, 2006 at 5:00 p.m.  It is FURTHER ORDERED that counsel for the parties shall appear on **Tuesday, May 23, 2006 at 3:00 p.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado for a hearing on Dkts. ## 23, 24, 31, 32 and 33 and for a status conference.

DATED: April 24, 2006

BY THE COURT:

*s: Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge