IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-CV-02288-PSF-MJW

JUNCTION SOLUTIONS, LLC f/k/a,
JUNCTION MANAGEMENT SOLUTIONS,
LLC, a Delaware corporation,

    Plaintiff,

v.

MBS DEV, INC., a Colorado corporation;
STEVE GUILLAUME and LAURA
GUILLAUME, Individually and as
President of MBS DEV, Inc.,

    Defendants.

## ORDER GRANTING MOTION FOR WITHDRAWAL

    THIS MATTER having come before the Court upon the Motion for Withdrawal of Eric B. Liebman as Co-Counsel on Behalf of Plaintiff, Junction Solutions, LLC (Dkt. # 46), and the Court being advised in the premises, it is hereby

    ORDERED that Eric B. Liebman is permitted to withdraw as co-counsel for Plaintiff Junction Solutions, LLC, effective immediately.

    DATED: May 24, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge