IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02288-PSF-MJW

JUNCTION MANAGEMENT SOLUTIONS, LLC
d/b/a/ JUNCTION SOLUTIONS, LLC, a Delaware corporation,

    Plaintiff,

v.

MBS DEV, INC., a Colorado corporation;
STEVE GUILLAUME and
LAURA GUILLAUME, Individually and as President of MBS DEV, Inc.,

    Defendants.

## ORDER

This matter is before the Court on Defendant MBS Dev, Inc.'s and Proposed Intervenors Ernest, Tucker and Paul's "Unopposed Motion for Clarification or Amendment of May 23, 2006 Rulings" (Dkt. # 51), filed June 5, 2006.  The motion is GRANTED.  The dismissal set forth in the May 23, 2006 ruling is without prejudice.  *See* F.R.Civ.P. 41(a)(1).

    DATED: June 5, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge